NO. 07-08-0110-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 14, 2008
_____

LOUIS MADRID A/K/A JOE LOUIS MADRID, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

NO. 55,514-C; HONORABLE ANA ESTEVEZ, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Following his plea of guilty, appellant Louis Madrid was convicted of possession of a controlled substance with intent to deliver and sentenced to thirty years confinement. Proceeding *pro se,* appellant filed a notice of appeal challenging his conviction. The Trial Court's Certification of Defendant's Right of Appeal filed in this case reflects that it was a plea-bargained case with no right of appeal and that appellant waived his right of appeal. By letter dated March 17, 2008, this Court notified appellant that the certification indicated he had no right of appeal and invited him to file an amended certification showing a right

of appeal or demonstrate other grounds for continuing the appeal. Appellant was notified that failure to do so might result in dismissal under Rule 25.2 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 25.2(d) (requiring dismissal if the certification showing right of appeal is not made part of the record).

Appellant has not filed a response or an amended certification. Consequently, the appeal is dismissed.

James T. Campbell
Justice

Do not publish.